# EXHIBIT A

**BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCING IRON WORKERS' LOCAL UNION NO. 25**
P.O. Box 965, 25150 Trans X Drive
Novi, Michigan 48376-0965
Telephone No.: (248) 344-9494
Fax No.: (248) 344-4851

**IRON WORKERS' LOCAL UNION NO. 25 FRINGE BENEFIT FUNDS**
25130 Trans X Drive, P.O. Box 8006
Novi, Michigan 48376-8006
Telephone No.: (248) 347-3100
Fax No.: (248) 347-4760

**IRON WORKERS' LOCAL UNION NO. 25 CREDIT UNION**
25150 Trans X Drive, P.O. Box 164
Novi, Michigan 48376-0164
Telephone No.: (248) 344-2560
Fax No.: (248) 344-4316

**GREAT LAKES METAL BUILDING ERECTORS ASSOCIATION, INC.**
c/o THE MICHIGAN CHAPTER ASSOCIATED GENERAL CONTRACTORS OF AMERICA, INC.
2323 N. Larch
Lansing, Michigan 48906
Telephone No.: (517) 371-1550
Fax No.: (517) 371-1131

and

W6486 U.S. Highway 2
Norway, MI 49870
Telephone No.: (906) 563-8656
Fax No.: (906) 563-8650

30

## ADOPTION OF APRIL 1, 2001-2006 PRE-ENGINEERED METAL BUILDING AGREEMENT

The undersigned Employer, for and on behalf of itself, its successors and assigns, lessees or any entity it controls, owns or represents agrees to be bound by all provisions of the April 1, 2001 Agreement between Iron Workers Local No. 25 (Union) and the Great Lakes Metal Building Erectors Association (GLMBEA) including any wage re-opener adjustments under Article IX, Sec. 3(b). This Agreement to adopt and be bound by April 1, 2001 Agreement is not voidable. Notice by the Union to the GLMBEA pursuant to Article XXXI of the April 1, 2001 Agreement is notice to the Employer and has the same legal force and effect as though it was served on the Employer. Unless the Employer notifies the Union to the contrary in writing at least 120 days prior to the expiration date of the April 1, 2001 Agreement (or any subsequent Agreement), the Employer adopts and is bound by all provisions of any subsequent Agreement between the Union and the GLMBEA following notice pursuant to Article XXXI.

For the Employer:

Print Company Name: MUNICIPAL & INDUSTRIAL STORAGE, INC

Signed By: AL LETTINGA / PRESIDENT
(Signature/Title)

Print Signature/Title: AL LETTINGA / PRESIDENT

Date: 7-29-02

Address: 3860 44th ST. S.E.

City/State/Zip: GRAND RAPIDS, MI 49512

Telephone No.: (616) 554-7991

Fax No.: (616) 554-7796

Workers' Compensation Carrier and Policy No.: 345750-0
→ ACCIDENT FUND CO.

Unemployment Compensation No.: 1094759000

State License No.: _____

Federal I.D. No.: 38-2654688

PAY FRINGES WEEKLY

For Iron Workers Local No. 25:

Signed By: [signature]

Date: 8-2-2002

31